# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | No. 25-2497(L), E.K. v. DoDEA |
| **Originating No. & Caption** | No. 1:35-cv-637, E.K. v. DoDEA |
| **Originating Court/Agency** | United States District Court for the Eastern District of Virginia |

| **Jurisdiction** (answer any that apply) | | | |
|---|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1292(a)(1) | | |
| Time allowed for filing in Court of Appeals | 60 days | | |
| Date of entry of order or judgment appealed | October 20, 2025 | | |
| Date notice of appeal or petition for review filed | December 18, 2025 | | |
| If cross appeal, date first appeal filed | n/a | | |
| Date of filing any post-judgment motion | n/a | | |
| Date order entered disposing of any post-judgment motion | n/a | | |
| Date of filing any motion to extend appeal period | n/a | | |
| Time for filing appeal extended to | n/a | | |
| Is appeal from final judgment or order? | | ○ Yes | ◉ No |
| If appeal is not from final judgment, why is order appealable? | | | |
| This is an appeal from a district court of the United States granting an injunction as permitted under 28 U.S.C. §1292(a)(1). | | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | | |
|---|---|---|---|
| Is settlement being discussed? | | ○ Yes | ◉ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ◉ Yes | ○ No |
| Has transcript been filed in district court? | ◉ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | n/a | |
| Case number of any pending appeal in same case | 26-1002 | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | n/a | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ◉ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Twelve students attending five different schools in the Department of Defense Education Activity ("DoDEA") school system brought two First Amendment claims challenging the implementation of Executive Orders 14168, 14185, and 14190 in these schools. More specifically, these students maintained that DoDEA violated their First Amendment rights to access information when the schools removed books from the library shelves and materials from the curriculum in furtherance of the previously-identified Executive Orders and implementing guidance. The students moved for a preliminary injunction, which the District Court granted on October 20, 2025. The District Court enjoined DoDEA from any further removal of books or curriculum and also directed DoDEA to restore the library books and curricular materials that had been removed since January 19, 2025. The injunction only applied to the five schools that the students attended. |

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

1. Whether the District Court erred in holding Plaintiffs established standing to bring their claims.

2. Whether the District Court erred in entering an injunction requiring DoDEA to restore the library books and curricular materials that had been removed since January 19, 2025 and to cease any further removals of books and curricular made in furtherance of the above-identified Executive Orders and implementing directives.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: E.K. et al., | Adverse Party: E.K. et al., |
|---|---|
| Attorney: Corey M. Shapiro<br>Address: ACLU of Kentucky Foundation<br>325 W. Main St.<br>Suite 2210<br>Louisville, KY 40202<br><br>E-mail: corey@aclu-ky.org<br><br>Phone: 502-581-9746 | Attorney: Eden Brooke Heilman<br>Address: ACLU of Virginia<br>701 E. Franklin Street<br>Suite 1412<br>Richmond, VA 23219<br><br>E-mail: eheilman@acluva.org<br><br>Phone: 804-649-2733 |

**Adverse Parties (continued)**

| Adverse Party: E.K. et al., | Adverse Party: E.K. et al., |
|---|---|
| Attorney: Emerson J. Sykes<br>Address: American Civil Liberties Union Foundation<br>125 Broad St., 18th Floor<br>New York, NY 10004<br><br>E-mail: esykes@aclu.org<br><br>Phone: 212-549-2500 | Attorney: William E. Sharp<br>Address: ACLU of Kentucky Foundation<br>325 W. Main St.<br>Suite 2210<br>Louisville, KY 40202<br><br>E-mail: wsharp@aclu-ky.org<br><br>Phone: 502-581-9746 |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Depart of Defense Education Activity; Beth Schiavino-Narvaez; Peter B. Hegseth<br><br>Attorney: Matthew J. Mezger<br>Address: U.S. Attorney's Office, E.D. Va.<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br><br>E-mail: matthew.mezger@usdoj.gov<br><br>Phone: 703-299-3741 | Name: Depart of Defense Education Activity; Beth Schiavino-Narvaez; Peter B. Hegseth<br><br>Attorney: Meghan E. Loftus<br>Address: U.S. Attorney's Office, E.D. Va.<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br><br>E-mail: meghan.loftus@usdoj.gov<br><br>Phone: 703-299-3757 |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

Signature: /s/Matthew J. Mezger          Date: 5 January 2026

Counsel for: Appellees

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

Signature:          Date:

**Adverse Parties List (continued)**

<u>Adverse Party</u>: E.K., et al.

<u>Attorney</u>:       Matthew Callahan

<u>Address</u>:     ACLU of Virginia
             701 E. Franklin Street
             Suite 1412
             Richmond, VA 23219

<u>Email</u>:       mcallahan@acluva.org

<u>Phone</u>:      804-649-2733