# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| E.K., *et al.*,<br><br>　　　*Plaintiff-Appellees/*<br>　　　*Cross-Appellants,*<br><br>　　v.<br><br>DEPARTMENT OF DEFENSE<br>EDUCATION ACTIVITY, *et al.*,<br>　　　*Defendants-Appellants/*<br>　　　*Cross-Appellees.* | Nos. 25-2497(L),<br>26-1002 |

## UNOPPOSED MOTION FOR
## 30-DAY EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to Fed. R. App. P. 26(b) and 27, the government respectfully moves for a 30-day extension of time, to and including Friday, March 13, 2026, within which to file the opening brief and the joint appendix. Counsel for plaintiffs have stated they do not oppose this motion.

　　1.　　Pursuant to the amended briefing notice dated January 2, 2026, the government's opening brief and the joint appendix are due on February 11, 2026. The government has not requested any prior extensions, and no oral argument date has been set.

2. Maxwell A. Baldi, the attorney primarily responsible for drafting appellants' opening brief, requires additional time to prepare the brief because, in the coming weeks Mr. Baldi is responsible for drafting the federal government's briefs in *City of Columbus v. HHS*, No. 25-2012 (4th Cir.) (opening brief due Feb. 4, 2026, as extended); *Janssen Pharmaceuticals Inc. v. Kennedy*, No. 25-749 (U.S.) (response to cert. petition due Feb. 23, 2026, as extended); *Bristol Myers Squibb Co. v. Kennedy*, No. 25-751 (U.S.) (response to cert. petition due Feb. 23, 2026, as extended); *Novo Nordisk Inc. v. Kennedy*, No. 25-761 (U.S.) (response to cert. petition due Feb. 27, 2026, as extended); *Novartis Pharmaceuticals Corp.. v. HHS*, No. 25-902 (U.S.) (response to cert. petition due Mar. 4, 2026); *Boehringer Ingelheim Pharmaceuticals, Inc. v. HHS*, No. 25-799 (U.S.) (response to cert. petition due Mar. 9, 2026, as extended); *Teva Pharmaceuticals v. HHS*, No. 25-5425 (D.C. Cir.) (response brief due Mar. 10, 2026); *California v. HHS*, No. 25-2497 (1st Cir.) (opening brief due Mar. 20, 2026, as extended). Mr. Baldi's work on these matters limits his ability to work on this case before the current briefing deadline. Mr. Baldi's ability to work on the government's opening brief in this case was also limited by his preparations for presenting oral argument on behalf of the federal government in *Gun Owners of*

*America v. ATF*, No. 25-5309 (D.C. Cir) (argued Jan. 29, 2026), and *Word v. Department of Energy*, No. 25-10668 (5th Cir.) (argued Feb. 3, 2026).

3. The government therefore respectfully requests a 30-day extension of time, to and including Friday, March 13, 2026, within which to file the opening brief and the joint appendix. A 30-day extension will not appreciably delay resolution of the case, and counsel will exercise diligence in preparing the brief in the time requested.

4. Government counsel contacted counsel for plaintiffs, who stated that "Plaintiffs will not oppose a 30-day extension motion."

## CONCLUSION

For the foregoing reasons, the government's motion for a 30-day extension of time to file the opening brief and the joint appendix should be granted.

Respectfully submitted,

DANIEL TENNY

 /s/ *Maxwell A. Baldi*
MAXWELL A. BALDI
  Attorneys, Appellate Staff
  Civil Division, Room 7513
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530
  maxwell.baldi@usdoj.gov

February 2026

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 435 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Century Expanded BT 14-point font, a proportionally spaced typeface.

/s/ *Maxwell A. Baldi*
MAXWELL A. BALDI