FILED: February 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2497 (L)
(1:25-cv-00637-PTG-IDD)

_____

E.K., by and through parent and next friend Lindsey Keeley; S.K., by and through
parent and next friend Lindsey Keeley; O.H., by and through parent and next
friend Jessica Henninger; S.H., by and through parent and next friend Jessica
Henninger; H.H., by and through parent and next friend Jessica Henninger; E.G.,
by and through parent and next friend Megan Jebeles; E.Y., by and through parent
and next friend Anna Young; C.Y., by and through parent and next friend Anna
Young; L.K., by and through parent and next friend Anna Kenkel; L.K., by and
through parent and next friend Anna Kenkel; L.K., by and through parent and next
friend Anna Kenkel; M.T., by and through parent and next friend Natalie Tolley

          Plaintiffs - Appellees

v.

DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH
SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department
of Defense Education Activity; PETER BRIAN HEGSETH, in his official
capacity as Secretary of Defense

          Defendants - Appellants

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 03/13/2026

Opening brief due: 03/13/2026

Opening/response brief due: 04/13/2026

Response/reply brief due: 05/13/2026

Any reply brief: 21 days from service of response/reply brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk