FILED:  June 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-2497 (L)
(1:25-cv-00637-PTG-IDD)

———————————

E.K., by and through parent and next friend Lindsey Keeley; S.K., by and through parent and next friend Lindsey Keeley; O.H., by and through parent and next friend Jessica Henninger; S.H., by and through parent and next friend Jessica Henninger; H.H., by and through parent and next friend Jessica Henninger; E.G., by and through parent and next friend Megan Jebeles; E.Y., by and through parent and next friend Anna Young; C.Y., by and through parent and next friend Anna Young; L.K., by and through parent and next friend Anna Kenkel; L.K., by and through parent and next friend Anna Kenkel; L.K., by and through parent and next friend Anna Kenkel; M.T., by and through parent and next friend Natalie Tolley

          Plaintiffs - Appellees

v.

DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense

          Defendants - Appellants

------------------------------

ALLIANCE DEFENDING FREEDOM; DEFENDING EDUCATION

          Amici Supporting Appellant

FREEDOM TO READ FOUNDATION; AMERICAN ASSOCIATION OF SCHOOL LIBRARIANS

Amici Supporting Appellee

---------------------

O R D E R

---------------------

Freedom to Read Foundation and American Association of School

Librarians have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk