FILED:  June 3, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2497 (L)
(1:25-cv-00637-PTG-IDD)

_____

E.K., by and through parent and next friend Lindsey Keeley; S.K., by and through parent and next friend Lindsey Keeley; O.H., by and through parent and next friend Jessica Henninger; S.H., by and through parent and next friend Jessica Henninger; H.H., by and through parent and next friend Jessica Henninger; E.G., by and through parent and next friend Megan Jebeles; E.Y., by and through parent and next friend Anna Young; C.Y., by and through parent and next friend Anna Young; L.K., by and through parent and next friend Anna Kenkel; L.K., by and through parent and next friend Anna Kenkel; L.K., by and through parent and next friend Anna Kenkel; M.T., by and through parent and next friend Natalie Tolley

            Plaintiffs - Appellees

v.

DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense

            Defendants - Appellants

- - - - - - - - - - - - - - - - - - -

ALLIANCE DEFENDING FREEDOM; DEFENDING EDUCATION

            Amici Supporting Appellant

FREEDOM TO READ FOUNDATION; AMERICAN ASSOCIATION OF SCHOOL LIBRARIANS; NATIONAL EDUCATION ASSOCIATION; FEDERAL EDUCATION ASSOCIATION; LAWYERS' COMMITTEE FOR

CIVIL RIGHTS UNDER LAW; EDUCATION LAW CENTER

Amici Supporting Appellee

---

O R D E R

---

National Education Association, Lawyers' Committee for Civil Rights Under Law, Federal Education Association, and Education Law Center have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

Lawyers' Committee for Civil Rights Under Law, Federal Education Association, and Education Law Center are directed to file an appearance form within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk