FILED:  June 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2497 (L)
(1:25-cv-00637-PTG-IDD)

_____

E.K., by and through parent and next friend Lindsey Keeley; S.K., by and through parent and next friend Lindsey Keeley; O.H., by and through parent and next friend Jessica Henninger; S.H., by and through parent and next friend Jessica Henninger; H.H., by and through parent and next friend Jessica Henninger; E.G., by and through parent and next friend Megan Jebeles; E.Y., by and through parent and next friend Anna Young; C.Y., by and through parent and next friend Anna Young; L.K., by and through parent and next friend Anna Kenkel; L.K., by and through parent and next friend Anna Kenkel; L.K., by and through parent and next friend Anna Kenkel; M.T., by and through parent and next friend Natalie Tolley

          Plaintiffs - Appellees

v.

DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense

          Defendants - Appellants

-------------------------------

ALLIANCE DEFENDING FREEDOM; DEFENDING EDUCATION

          Amici Supporting Appellant

FREEDOM TO READ FOUNDATION; AMERICAN ASSOCIATION OF SCHOOL LIBRARIANS; NATIONAL EDUCATION ASSOCIATION; FEDERAL EDUCATION ASSOCIATION; LAWYERS' COMMITTEE FOR

CIVIL RIGHTS UNDER LAW; EDUCATION LAW CENTER; VET VOICE FOUNDATION; THE AUTHOR'S GUILD; FRED T. KOREMATSU CENTER FOR LAW & EQUALITY; MACMILLAN PUBLISHING GROUP LLC; PENGUIN RANDOM HOUSE, LLC

Amici Supporting Appellee

_____

O R D E R

_____

The Authors Guild, Macmillan Publishing Group, LLC and Penguin Random House LLC have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

The Authors Guild, Macmillan Publishing Group, LLC and Penguin Random House LLC are directed to file an appearance form within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk