FILED: June 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2497 (L)
(1:25-cv-00637-PTG-IDD)

_____

E.K., by and through parent and next friend Lindsey Keeley; S.K., by and through parent and next friend Lindsey Keeley; O.H., by and through parent and next friend Jessica Henninger; S.H., by and through parent and next friend Jessica Henninger; H.H., by and through parent and next friend Jessica Henninger; E.G., by and through parent and next friend Megan Jebeles; E.Y., by and through parent and next friend Anna Young; C.Y., by and through parent and next friend Anna Young; L.K., by and through parent and next friend Anna Kenkel; L.K., by and through parent and next friend Anna Kenkel; L.K., by and through parent and next friend Anna Kenkel; M.T., by and through parent and next friend Natalie Tolley

          Plaintiffs - Appellees

v.

DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense

          Defendants - Appellants

-------------------------------

ALLIANCE DEFENDING FREEDOM; DEFENDING EDUCATION

          Amici Supporting Appellant

FREEDOM TO READ FOUNDATION; AMERICAN ASSOCIATION OF SCHOOL LIBRARIANS; NATIONAL EDUCATION ASSOCIATION; FEDERAL EDUCATION ASSOCIATION; LAWYERS' COMMITTEE FOR

CIVIL RIGHTS UNDER LAW; EDUCATION LAW CENTER; VET VOICE
FOUNDATION; THE AUTHOR'S GUILD; FRED T. KOREMATSU CENTER
FOR LAW & EQUALITY; MACMILLAN PUBLISHING GROUP LLC;
PENGUIN RANDOM HOUSE, LLC; NATIONAL ACADEMY OF
EDUCATION; SECURE FAMILIES INITIATIVE; PFLAG, INC.; PEN
AMERICAN CENTER

       Amici Supporting Appellee

_____

O R D E R

_____

National Academy of Education; Secure Families Initiative, PFLAG, Inc.;
and Pen American Center have filed amicus curiae briefs with the consent of the
parties.

The court accepts the briefs for filing.

National Academy of Education; Secure Families Initiative, PFLAG, Inc.;
and Pen American Center are directed to file an appearance form within three days
of the date of this order.

       For the Court--By Direction

       /s/ Nwamaka Anowi, Clerk