**Nos. 25-2497/26-1002**

# United States Court of Appeals for the Fourth Circuit

◆

E.K., et al.,

*Plaintiffs-Appellees/
Cross-Appellants*,

v.

DEPARTMENT OF DEFENSE EDUCATION ACTIVITY, et al.,

*Defendants-Appellants/
Cross-Appellees*.

**PLAINTIFFS-APPELLEES' CONSENT MOTION FOR 14-DAY
EXTENSION OF TIME TO FILE REPLY BRIEF**

Pursuant to Local Rule 31(c) and Federal Rules of Appellate Procedure 26(b), Plaintiffs-Appellees E.K., et al. respectfully move for a 14-day extension of time, to and including Friday, July 31, 2026, within which to file the reply brief. In support of this motion, Plaintiffs-Appellees state the following:

I.    On Friday, June 26, 2026, Defendants-Appellants filed the Response/Reply Brief in this Court. ECF No. 68.

1

II. Pursuant to this Court's Order on April 15, 2026, Plaintiffs-Appellees' reply brief is due 21 days after the Response/Reply Brief has been filed. ECF. No. 36. The reply brief is currently due Friday, July 17, 2026.

III. Co-Counsel for Plaintiffs-Appellees American Civil Liberties Union of Virginia's offices closed for business on Friday, June 26, 2026, less than an hour after the Response/Reply brief was filed and do not re-open until Monday, July 6, 2026.

IV. Corey Shapiro, Legal Director and lead counsel for Co-Counsel for Plaintiffs-Appellees American Civil Liberties Union of Kentucky left for planned international travel on Friday, June 26, 2026 and will not return to work until Tuesday, July 7, 2026.

V. The Court has discretion to extend filing deadlines for good cause pursuant to Local Rule 31(c) and Federal Rules of Appellate Procedure 26(b) and routinely grants these extensions.

VI. For the foregoing reasons, Plaintiffs-Appellees respectfully request that the Court grant the motion for a 14-day extension of time, to and including Friday, July 31, 2026, within which to file the reply brief.

Pursuant to Local Rule 27(a), Plaintiffs-Appellees certify that counsel for the parties have met and conferred on the intended filing of the motion and Defendants-Appellants consent to this motion.

2

Dated July 1, 2026

Respectfully Submitted,
/s/Emerson Sykes
Emerson Sykes,
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, Floor 18,
New York, NY 10004
(212) 549-2500
Esykes@aclu.org

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

I hereby certify that on July 1, 2026, I electronically filed the foregoing through the CM/ECF system and it was thereby electronically served via ECF on all counsel of record in this matter. No party is unrepresented in that system.

Dated July 1, 2026

Respectfully Submitted,
/s/Emerson Sykes
Emerson Sykes
*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 270 words The document also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Federal Rules of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in size-14 Times New Roman font.

Dated July 1, 2026

Respectfully Submitted,
/s/Emerson Sykes
Emerson Sykes
*Counsel for Plaintiffs-Appellees*