**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 8, 2026

---

RESPONSE REQUESTED - SIMILAR CASES

---

No. 25-2497 (L), E.K. v. Department of Defense Education Activity
1:25-cv-00637-PTG-IDD

TO: PFLAG, Inc.
E.G.
Vet Voice Foundation
E.K.
Education Law Center
Federal Education Association
The Author's Guild
Secure Families Initiative
C.Y.
Fred T. Korematsu Center for Law & Equality
L.K.
National Academy of Education
Department of Defense Education Activity
Macmillan Publishing Group LLC
H.H.
National Education Association
Pen American Center
American Association of School Librarians
M.T.
Penguin Random House, LLC
Peter Brian Hegseth
Lawyers' Committee for Civil Rights Under Law
Alliance Defending Freedom
S.H.
Defending Education
E.Y.
Freedom to Read Foundation

S.K.
Beth Schiavino-Narvaez
O.H.

RESPONSE DUE: 09/11/2026

Response is required to the notice requesting information regarding similar cases on or before 09/11/2026. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

R. Phillips, Deputy Clerk
804-916-2702