FILED: September 11, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2497 (L)
(1:25-cv-00637-PTG-IDD)

---

E.K., by and through parent and next friend Lindsey Keeley; S.K., by and through parent and next friend Lindsey Keeley; O.H., by and through parent and next friend Jessica Henninger; S.H., by and through parent and next friend Jessica Henninger; H.H., by and through parent and next friend Jessica Henninger; E.G., by and through parent and next friend Megan Jebeles; E.Y., by and through parent and next friend Anna Young; C.Y., by and through parent and next friend Anna Young; L.K., by and through parent and next friend Anna Kenkel; L.K., by and through parent and next friend Anna Kenkel; L.K., by and through parent and next friend Anna Kenkel; M.T., by and through parent and next friend Natalie Tolley

Plaintiffs - Appellees

v.

DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense

Defendants - Appellants

------------------------------

ALLIANCE DEFENDING FREEDOM; DEFENDING EDUCATION

Amici Supporting Appellants

FREEDOM TO READ FOUNDATION; AMERICAN ASSOCIATION OF SCHOOL LIBRARIANS; NATIONAL EDUCATION ASSOCIATION; FEDERAL EDUCATION ASSOCIATION; LAWYERS' COMMITTEE FOR

CIVIL RIGHTS UNDER LAW; EDUCATION LAW CENTER; VET VOICE FOUNDATION; THE AUTHOR'S GUILD; FRED T. KOREMATSU CENTER FOR LAW & EQUALITY; MACMILLAN PUBLISHING GROUP LLC; PENGUIN RANDOM HOUSE, LLC; NATIONAL ACADEMY OF EDUCATION; SECURE FAMILIES INITIATIVE; PFLAG, INC.; PEN AMERICAN CENTER

Amici Supporting Appellees

---

O R D E R

---

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk