FILED: November 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2497 (L)
(1:25-cv-00637-PTG-IDD)

---

E.K., by and through parent and next friend Lindsey Keeley; S.K., by and through parent and next friend Lindsey Keeley; O.H., by and through parent and next friend Jessica Henninger; S.H., by and through parent and next friend Jessica Henninger; H.H., by and through parent and next friend Jessica Henninger; E.G., by and through parent and next friend Megan Jebeles; E.Y., by and through parent and next friend Anna Young; C.Y., by and through parent and next friend Anna Young; L.K., by and through parent and next friend Anna Kenkel; L.K., by and through parent and next friend Anna Kenkel; L.K., by and through parent and next friend Anna Kenkel; M.T., by and through parent and next friend Natalie Tolley

Plaintiffs - Appellees

v.

DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense

Defendants - Appellants

------------------------------

ALLIANCE DEFENDING FREEDOM; DEFENDING EDUCATION

Amici Supporting Appellants

FREEDOM TO READ FOUNDATION; AMERICAN ASSOCIATION OF SCHOOL LIBRARIANS; NATIONAL EDUCATION ASSOCIATION; FEDERAL EDUCATION ASSOCIATION; LAWYERS' COMMITTEE FOR

CIVIL RIGHTS UNDER LAW; EDUCATION LAW CENTER; VET VOICE FOUNDATION; THE AUTHOR'S GUILD; FRED T. KOREMATSU CENTER FOR LAW & EQUALITY; MACMILLAN PUBLISHING GROUP LLC; PENGUIN RANDOM HOUSE, LLC; NATIONAL ACADEMY OF EDUCATION; SECURE FAMILIES INITIATIVE; PFLAG, INC.; PEN AMERICAN CENTER

Amici Supporting Appellees

---

O R D E R

---

Upon consideration of appellants' unopposed motion for limited remand, the court grants the motion. The court retains jurisdiction but remands these cases for the limited purpose of allowing the district court to modify the preliminary injunction that is the subject of the appeals.

For the Court

/s/ Nwamaka Anowi, Clerk